Wednesday, September 17, 2014

Misc. No. 15–8001/AR. Randy Hernandez, Appellant v. Colonel Gregory Gross, Military Judge, United States Army, and United States, Appellees. CCA 20140293. Notice is hereby given that a writ-appeal petition for review of the United States Army Court of Criminal Appeals decision on application for extraordinary relief was filed under Rule 27(b).